IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISCTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JANE DOE | ) |
| Plaintiff, | ) |
| Vs. | ) |
| THE UNIVERSITY OF NORTH ALABAMA | ) CASE NO.: |
| | ) JURY DEMANDED |
| Defendant. | ) |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendant(s), THE UNIVERSITY OF NORTH ALABAMA, by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(c)(i)

_____
Terrinell Lyons
Attorney for Plaintiff