# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 3:17-CV-01344-CLS |
| | ) |
| **THE UNIVERSITY OF NORTH** | ) |
| **ALABAMA;** *et al.*, | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

This action is before the court on plaintiff's motion to redact/seal the transcript of the hearing held on February 28, 2020. Doc. no. 103. Upon consideration, the motion is GRANTED, and it is ORDERED that the transcript of the hearing held on February 28, 2020 (doc. no. 99) be SEALED by the Clerk of Court, to be opened only upon appropriate motion and order of court.

**DONE** and **ORDERED** this 3rd day of April, 2020.

_____
Senior United States District Judge